■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC A. MAGIN, Appellant. [54 NYS3d 916]—Appeal from a judgment of the Monroe County Court (Vincent M. Dinolfo, J.), rendered April 11, 2013. The judgment convicted defendant, upon a jury verdict, of criminal possession of a forged instrument in the second degree (12 counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of 12 counts of criminal possession of a forged instrument in the second degree (Penal Law § 170.25). County Court sentenced him as a persistent felony offender to concurrent indeterminate terms of imprisonment of 15 years to life.

We reject defendant's contention that the court abused its discretion in sentencing him as a persistent felony offender. We conclude "that defendant's history and character . . . and the nature and circumstances of his criminal conduct indicate that extended incarceration and life-time supervision will best serve the public interest" (Penal Law § 70.10 [2]; *see People v Bastian*, 83 AD3d 1468, 1470 [2011], *lv denied* 17 NY3d 813 [2011]; *People v Perry*, 19 AD3d 619, 619 [2005], *lv denied* 5 NY3d 809 [2005], *denied upon reconsideration* 5 NY3d 855 [2005]). We therefore further conclude that the sentence is not unduly harsh or severe. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.